IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERROD HERNDON,                              )     No. C 11-03125 EJD (PR)
                                             )
              Plaintiff,                     )     ORDER GRANTING EXTENSION OF
                                             )     TIME TO FILE COMPLETE *IN FORMA*
   v.                                        )     *PAUPERIS* APPLICATION
                                             )
                                             )
CALIFORNIA PENAL CODE                        )
SYSTEM, et al.,                              )
                                             )
              Defendants.                    )
_____          )

         On June 24, 2011, Plaintiff filed the instant civil rights action in pro se pursuant to

42 U.S.C. § 1983.  On the same day, the Clerk sent Plaintiff notice that he must either pay

the filing fee or file an In Forma Pauperis ("IFP") Application to proceed with this action.

(Docket No. 2.)  Plaintiff thereafter filed an IFP application which is deficient because the

attached Certificate of Funds in Prisoner's Account was not completed by an authorized

prison official.  (Docket No. 3.)  In the interest of justice, the Court will grant Plaintiff an

extension of time to file a completed Certificate of Funds in Prisoner's Account to

complete his IFP application.

         Plaintiff shall submit the missing document **within thirty (30) days** of the date this

order is filed.  **Failure to file the necessary document will result in the denial of the**

**application to proceed in forma pauperis, and the complete filing fee will be**

**immediately due.**

         The Clerk shall enclose two blank copies of the Certificate of Funds in Prisoner's

Account with a copy of this order to Plaintiff.

DATED: _____October 31, 2011_____          _____
                                                EDWARD J. DAVILA
                                                United States District Judge

Order Granting Ext. Of TIme
03125Herndon_eot-ifp.wpd                          1

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

GERROD HERNDON,

               Plaintiff,

  v.

CALIFORNIA PENAL CODE SYSTEM, et al.,

               Defendants.

_____/

Case Number: CV11-03125 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____10/31/2011_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerrod Herndon T-62827
California Medical Facility
PO Box 2000
Vacaville, CA 95696

Dated: _____10/31/2011_____

               Richard W. Wieking, Clerk
               /s/By: Elizabeth Garcia, Deputy Clerk