**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD HERNDON,   )<br>   )<br>　　Plaintiff,   )<br>   )<br>　vs.   )<br>   )<br>CA PENAL CODE SYSTEM, et al.,   )<br>   )<br>　　Defendants.   )<br>_____   ) | No. C 11-03125 EJD (PR)<br><br>ORDER OF DISMISSAL WITH LEAVE TO AMEND |

   On June 24, 2011, 2011, Plaintiff filed a civil rights action under 42 U.S.C. § 1983, using the court's form complaint. Plaintiff's motion for leave to proceed in forma pauperis, (Docket No. 3), will be granted in a separate order.

   The Court has reviewed the complaint, but is unable to determine whether Plaintiff states cognizable claims because his handwriting in the "Statement of Claim" section is illegible. (See Docket No. 1 at 3.) Accordingly, the Court has no choice but to dismiss the complaint with leave to amend.

   Plaintiff is advised that to state a claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under the color of state law committed a violation of a right secured by the Constitution or laws of the United States. West v. Atkins, 487 U.S. 42, 48 (1988). Plaintiff must identify defendants by name and state how each

Order of Dismissal with Leave to Amend
G:\PRO-SE\SJ.EJD\CR.11\03125Herndon_dwlta.wpd

individual defendant violated a specific federal right.

## CONCLUSION

For the foregoing reasons, the Court orders as follows:

The complaint is DISMISSED with leave to amend. Within **thirty (30) days** of the date this order is filed, Plaintiff shall file an amended complaint. The amended complaint must include the caption and civil case number used in this order and the words "AMENDED COMPLAINT" on the first page and write in the case number for this action, Case No. C 11-03125 EJD (PR). If using the court form complaint, Plaintiff must answer all the questions on the form in order for the action to proceed.

**Failure to respond in accordance with this order by filing an amended complaint will result in the dismissal of this action without prejudice and without further notice to Plaintiff.**

The Clerk shall include two copies of the court's complaint with a copy of this order to Plaintiff, as well as a copy of his original complaint.

DATED: Febraury 1, 2012



EDWARD J. DAVILA
United States District Judge

Order of Dismissal with Leave to Amend
G:\PRO-SE\SJ.EJD\CR.11\03125Herndon_dwlta.wpd           2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GERROD L. HERNDON,

        Plaintiff,

  v.

CALIFORNIA PENAL CODE SYSTEM, et al.,

        Defendants.
                                         /

Case Number: CV11-03125 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   2/2/2012  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerrod Herndon T-62827
California Medical Facility
PO Box 2000
Vacaville, CA 95696

Dated:   2/2/2012

                                        Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk